| DATE: | 9/27/2023 | **CASE NO.:** | **USA V.** |
|---|---|---|---|
| LOCATION: | Tyler | **6:22-cr-00070** | **Julian Lennon Leandro** |
| JUDGE: | **J. Campbell Barker** | | |
| DEP CLERK: | Nicole Cadenhead | Counsel for Government: | Counsel for Defendant: |
| REPORTER: | Susan Zielie | Lucas Machicek | Ken Hawk |
| USPO: | Nathan Manley | | |
| INTERPRETER: | | | |

| **SENTENCING HEARING HELD** | **BEGIN:** 10:00 **ADJOURN:** 10:11 **TOTAL TIME:** 11 min. |
|---|---|

| **PRESENTENCE REPORT:**<br><br>☑ Adopted in Its Entirety | ☐ Objections and Court Ruling<br><br>☐ PSR CHANGED AS FOLLOWS: | | |
|---|---|---|---|
| **PLEA AGREEMENT:** | ☑ ACCEPTED           ☐ REJECTED<br>☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | | |
| **CRIME VICTIMS:** | ☑ NONE | Victims Addressed the Court: | |
| **MOTIONS:**<br><br>☑ None | ☑ Govt's Motion: ☑ GRANTED   ☐ DENIED<br>☐ Dft's Motion:   ☐ GRANTED   ☐ DENIED<br>☐ Other: Govt's motion to dismiss count 1 and motion for forfeiture are granted. | | |

| **ALLOCUTION:** | ☑ **Dft DID allocute** | ☐ **Dft DID NOT allocute** |
|---|---|---|

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| **2** | **121 months** | | waived | N/A | $100 |
| | | | | | |
| | | | ☐ Interest Waived | ☐ Interest Waived | |

## BOP RECOMMENDATIONS:

| DESIGNATION:<br><br>FCI Seagoville | ☑ Substance Abuse Treatment<br>☐ Sex Offender Treatment<br>☐ Other: | ☐ Mental Health Treatment<br>☐ Financial Responsibility<br>☐ NONE |
|---|---|---|

## SUPERVISION:

| 4   YEARS<br><br>SUPERVISED RELEASE | ☑ Mandatory and Special Conditions as set forth in Presentence Report<br>☐ No Term of Supervision |
|---|---|
| Other Conditions | |

| ☑ **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:** ☐ NONE<br>☑ **Govt moved to dismiss. Court granted.** |
|---|---|
| **FORFEITURE:** the sum of $2,500.00 and all interest and proceeds thereto | |

## CUSTODY:

DEFENDANT REMANDED TO THE CUSTODY OF THE ATTORNEY GENERAL

## ADDITIONAL PROCEEDINGS:

The Court made the following findings:
Total Offense Level -   29
Criminal History Category -  IV
Range of   121   to   151   months


The parties did not object to these findings.